

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2017

No. 04-17-00238-CV

**In the Interest of S.J.R.-Z., J.C.Z., A.R.Z., L.L.L., K.K.H., and J.G.H., III, Children,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-02211
Honorable Martha Tanner, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On August 9, 2017, this court issued an opinion in the above styled cause affirming the trial court order terminating Appellant Mom's parental rights to her children, S.J.R.-J., J.C.Z., A.R.Z., L.L.L., K.K.H., and J.G.H. III and Appellant Dad's parental rights to his children, K.K.H. and J.G.H. III. In its motion for rehearing, the State contends Appellant Dad forfeited appellate review by failing to challenge the trial court's finding that he failed to acknowledge his paternity under section 161.002 of the Family Code. *See* TEX. FAM. CODE ANN. § 161.002 (West Supp. 2017).

The court requests Appellant file a response to the State's motion, specifically addressing the issue of whether Appellant's failure to challenge, on appeal, the trial court's finding that Appellant Dad failed to legitimate his paternity, pursuant to section 161.002, requires this court to affirm the court's judgment on that finding. Any response by Appellant must be filed no later than November 15, 2017.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2017.



KEITH E. HOTTLE,
Clerk of Court